## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

United States of America,

   Plaintiff,

 v.

Bekam Addissu Merdassa,

   Defendant.

Case No: 22-cr-00237 (NEB/TNL)

**DEFENDANT'S MOTION TO
ALLOW TRAVEL**

Defendant Bekam Addissu Merdassa, by and through counsel, respectfully moves the Court for an order granting permission for him to travel to London, United Kingdom, to visit family from November 28, 2022 to January 9, 2023.  Mr. Merdassa has pleaded guilty and is awaiting sentencing.

Mr. Merdassa has repeatedly returned to this country following international travel, even when knowing of an ongoing federal investigation and when he knew he would be facing federal charges.  We have advised both the U.S. Attorney's Office and the Probation Officers of Mr. Merdassa's proposed itinerary, and they have no objections to this request.

     Respectfully submitted,

Dated:  November 15, 2022

     */s/ Joseph T. Dixon*
     Joseph T. Dixon (#0283903)
     **FREDRIKSON & BYRON, P.A.**
     200 South Sixth Street, Suite 4000
     Minneapolis, MN  55402-1425
     Telephone:  612.492.7258
     Email: jdixon@fredlaw.com
     ***Attorney for Defendant***