UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Court File No. 22-cr-237 (NEB) |
| Plaintiff, | |
| v. | |
| Bekam Addissu Merdassa, | **ORDER ALLOWING TRAVEL BY DEFENDANT BEKAM ADDISSU MERDASSA** |
| Defendant. | |

This matter is before the Court on Defendant Bekam Addissu Merdassa's Motion to Allow Travel (ECF No. 19).  Having reviewed the motion and the files and records herein, and finding that good cause has been shown,

IT IS HEREBY ORDERED that the Motion (ECF No. 19) is GRANTED. Defendant Bekam Addissu Merdassa may travel to London, United Kingdom, to visit family from November 28, 2022 to January 9, 2023.  He must continue to comply in all other respects with his conditions of release as ordered by Judge Nancy E. Brasel on October 13, 2022. Defendant's counsel shall notify Pretrial Services on or before January 11, 2023, confirming that Defendant has returned to Minnesota as promised.

Dated: November 16, 2022               s/Nancy E. Brasel
                                       NANCY E. BRASEL
                                       United States District Judge