UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-cr-237 (1) (NEB) |
| Plaintiff, | |
| v. | **ORDER ALLOWING TRAVEL FOR DEFENDANT BEKAM ADDISSU MERDASSA** |
| BEKAM ADDISSU MERDASSA, | |
| Defendant. | |

This matter is before the Court on Defendant Bekam Addissu Merdassa's Motion to Allow Travel (ECF Doc. 24). The U.S. Attorney's Office and U.S. Probation Office do not object to this motion and are aware that the defendant cannot be supervised during his travels outside the United States. Having reviewed the motion and the files and records herein, and finding that good cause has been shown,

IT IS HEREBY ORDERED that the Motion (ECF Doc. 24) is GRANTED. Defendant Bekam Addissu Merdassa may reside temporarily in Addis Ababa, Ethiopia pending sentencing. During the time in which Defendant Merdassa is residing in Ethiopia, he will not be under the supervision of Pretrial Services but defendant Merdassa must maintain contact with his attorney and return to the United States for sentencing or as otherwise ordered. He must continue to comply in all other respects with his conditions of release

as ordered on October 13, 2022.

Dated: March 31, 2023                               s/Nancy E. Brasel
                                                    Nancy E. Brasel
                                                    United States District Court Judge