# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| BEKAM ADDISSU MERDASSA, | ) | |
| Defendant. | ) | |

| | |
|---|---|
| Case No: | 22-cr-237 (1) (NEB) |
| Date: | April 6, 2026 |
| Courthouse: | Minneapolis |
| Courtroom: | 13W |
| Court Reporter: | Renee Rogge |
| Time Commenced: | 2:05 p.m. |
| Time Concluded: | 2:50 p.m. |
| Time in Court: | 40 minutes |

Before Nancy E. Brasel, United States District Judge
APPEARANCES:

    For Plaintiff:    Matthew Murphy, Assistant U.S. Attorney
    For Defendant:    Joseph Dixon III, Retained Attorney

☒ **Sentencing.**
☒ **Government's motion was granted.**

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Plea | Probation |
|:---:|:---:|:---:|
| 1 | X | 2 years |

☒ Special conditions of: **See J&C for special condition.**
☒ Special assessment in the amount of $100.00 due immediately.
☒ Restitution in the amount of $343,086 is due immediately.
☒ Sealed or restricted filings at ECF Nos. 57 and 61 shall remain sealed or restricted for 10 years  (4/6/36)
☒ Defendant is released probation conditions. The location monitoring shall begin within a week

Date: April 6, 2026

                    s/Kristine Wegner
                    Courtroom Deputy to Judge Nancy E. Brasel